JAMES H. CASSIDY, Respondent, *v.* DAIRY PRODUCTS SERVICE STATION, INC., Appellant.

(Argued June 9, 1931; decided July 15, 1931.)

*Robert N. Errington* and *Thomas B. Fenlon* for appellant.

*G. Everett Hunt* and *D. S. Fowler* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs

in all courts, on the ground that the evidence is insufficient to sustain a finding of defendant's negligence; no opinion. (See 257 N. Y. 548.)

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.